BOLLMAN BROTHERS CORPORATION v. WANAMAKER BEAUTY SCHOOL, INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

DANCEY DAVIS PRESS, INC., v. AMERICAN FASHION COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ROBERT M. WARREN v. PHILIP E. REVILLE.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

STATE REALTY COMPANY v. JOSHUA L. POST.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

LAURENO LOPEZ v. HENRY ISAACS, INC.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

FRANK E. CHILDS & BRO., INC., v. ADOLPH HIRSCH & Co., INC., and Another. — Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

45 EAST 57TH STREET Co., INC., v. HERBERT G. MILLAR, Impleaded, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOSEPH NAST v. ISIDORE SOLOMON and Another.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

STEPHEN ACUNTO v. SCHMIDT-DAUBER Co., INC.— Motion denied as unnecessary, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ARTHUR E. SMITH v. THE DEE REALTY CORPORATION and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MINNIE WEISS, as Administratrix, etc., v. AMERICAN RAILWAY EXPRESS COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

STREET RAILWAYS ADVERTISING COMPANY v. PARTOLA MANUFACTURING Co., INC., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOHN J. HAGERTY v. MANUFACTURERS LIABILITY INSURANCE COMPANY OF NEW JERSEY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

HONGKONG AND SHANGHAI BANKING CORPORATION v. LAZARD-GODCHAUX Co. OF AMERICA, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.